Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00540-CV

**IN RE: CLAIMED LIEN AND AMENDED LIEN OF
JUDITH P. KENNEY & ASSOCIATES, P.C.**

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 03-493(B)
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:   September 24, 2008

DISMISSED

Judith P. Kenney & Associates, P.C., Judith P. Kenney, Nat M. Kenney, III, T.W. Smith, Minnie Smith, and Melissa Peoples, Individually and as Independent Executrix of the Estate of Laura Smith Gault, Deceased, have filed a joint motion to dismiss the appeal, stating that the parties have settled their claims. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM